**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6766**

———————

HAROLD S. MOSLEY,

Plaintiff - Appellant,

versus

GERALDINE MIRO, Warden, Allendale Correctional
Institution; ROBERT E. WARD, Evans Correc-
tional Institution; MICHAEL MOORE, Former-
Director of SCDC; WILLIAM CATOE, Formerly
Deputy Director of Operations SCDC, current
Director of SCDC,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Henry M. Herlong, Jr., District
Judge. (CA-99-0530-2-20AJ)

———————

Submitted: September 8, 2000     Decided: September 18, 2000

———————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Harold S. Mosley, Appellant Pro Se. Paul H. Derrick, JACKSON,
LEWIS, SCHNITZLER & KRUPMAN, Greenville, South Carolina; Vinton
DeVane Lide, VINTON D. LIDE & ASSOCIATES, Lexington, South Caro-
lina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harold S. Mosley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Mosley v. Miro</u>, No. CA-99-0530-2-20AJ (D.S.C. Mar. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>